# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130965(69)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BEVERLY A. MOORE,
        Plaintiff-Appellant,

v

LISETTE A. EGAN, BRIAN OBERLY, PATTY
SCHOECK, YVONNE BROWNLESS, ALICIA
HORVATH, and SISTERS OF BON SECOURS
NURSING CARE CENTER,
        Defendants-Appellees.

SC: 130965
COA: 262390
Wayne CC: 04-416248-CD

_____/

     On order of the Court, the motion for reconsideration of this Court's order of July 31, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918